UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| SALEEM MUHMMAUD, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | PRISONER CASE NO. |
| | : | 3:08-cv-01199 (VLB) |
| BRIAN MURPHY ET AL., | : | |
| Defendants. | : | October 30, 2008 |

## RULING ON PLAINTIFF'S MOTION TO AMEND [Doc. #17]

The plaintiff seeks leave to amend his complaint. He asks the Court to remove and replace selected pages in the original complaint. Although the plaintiff has a right to amend his complaint once before the defendants file their answer, he cannot do so by directing the Court to edit the original complaint. If the plaintiff wishes to amend his complaint, he must file a complete amended complaint that contains all claims he intends to pursue in this action. See International Controls Corp. v. Vesco, 556 F.2d 665, 668 (2d Cir. 1977) (because an amended complaint completely replaces the original complaint, it should name all defendants in the case caption and include all claims and requests for relief).

The plaintiff's motion to amend [Doc. #17] is DENIED without prejudice. If the plaintiff intends to file an amended complaint, he shall do so on or before November 17, 2008. If the Court has not received a complete amended complaint by that date, it will consider the defendants' motion to dismiss with reference to

the original complaint.

IT IS SO ORDERED.

                                        /s/
                            Vanessa L. Bryant
                            United States District Judge

Dated at Hartford, Connecticut: October 30, 2008.